UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 2-Way Computing, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>8x8, Inc.,<br><br>　　　　　Defendant. | **TRANSFER ORDER**<br><br>Case No.: 2:15-cv-02228-GMN-CWH |
| 2-Way Computing, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AT&T Mobility LLC *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02230-GMN-VCF |
| 2-Way Computing, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Avaya Inc.,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-02233-MMD-CWH |
| 2-Way Computing, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-02235-RFB-NJK |

| | |
|---|---|
| 2-Way Computing, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Mitel Networks Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-02236-MMD-NJK |
| 2-Way Computing, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Cellco Partnership Inc.,<br><br>        Defendant. | Case No.: 2:15-cv-02237-RCJ-VCF |
| 2-Way Computing, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Polycom, Inc.,<br><br>        Defendant. | Case No.: 2:16-cv-00419-GMN-CWH |
| 2-Way Computing, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Shoretel, Inc.,<br><br>        Defendant. | Case No.: 2:16-cv-00420-RCJ-VCF |

|   |   |
|---|---|
| 2-Way Computing, Inc.,<br><br>     Plaintiff,<br>v.<br><br>Unify Inc.,<br><br>     Defendant. | Case No.: 2:16-cv-00423-RFB-PAL |

The parties in the nine above-captioned cases filed a Notice of Related Cases in all nine cases. The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to transfer them to one District Judge and one Magistrate Judge. Additionally, transferring will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

### **ORDER**

Therefore,

**IT IS HEREBY ORDERED** that the below mentioned cases are to be **REASSIGNED** to Chief Judge Gloria M. Navarro, and Magistrate Judge Carl W. Hoffman for all further proceedings.

| | |
|---|---|
| 2:15-cv-02228-GMN-CWH | 2:15-cv-02237-RCJ-VCF |
| 2:15-cv-02230-GMN-VCF | 2:16-cv-00419-GMN-CWH |
| 2:15-cv-02233-MMD-CWH | 2:16-cv-00420-RCJ-VCF |
| 2:15-cv-02235-RFB-NJK | 2:16-cv-00423-RFB-PAL |
| 2:15-cv-02236-MMD-NJK | |

///

///

///

///

///

1       **IT IS FURTHER ORDERED** that all documents shall be filed and shall bear the case number with Chief Judge Gloria M. Navarro, and Magistrate Judge Carl W. Hoffman as assigned judges.

    DATED:  March 8, 2016.

| _____ | _____ |
|---|---|
| **GLORIA M. NAVARRO, Chief Judge**<br>United States District Judge | **RICHARD F. BOULWARE, II**<br>United States District Judge |
| _____ | _____ |
| **MIRANDA M. DU**<br>United States District Judge | **ROBERT C. JONES**<br>United States District Judge |